**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gwen J. Cantwell                          CHAPTER 13

     Debtor(s)

             BKY. NO. 23-13577 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

        Respectfully submitted,

      /s/ Mark A. Cronin

      Mark Cronin
      22 Jan 2024, 11:16:44, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322