# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gwen J. Cantwell | Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC | Movant | |
| vs. | | |
| Gwen J. Cantwell | Debtor(s) | NO. 23-13577 PMM |
| Stephen M. Cantwell | Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief From Stay of Nationstar Mortgage LLC with Co-Debtor Stay, , which was filed with the Court on or about February 9, 2024, Document No. 15 .

Dated: March 4, 2024

                                        Respectfully submitted,

                                        /s/Michael P. Farrington, Esquire
                                        Michael P. Farrington, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mfarrington@kmllawgroup.com