United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gwen J. Cantwell  
    Debtor

Case No. 23-13577-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 30, 2024      Form ID: 155      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Gwen J. Cantwell, 272 Park Ridge Dr, Easton, PA 18040-7963 |
| 14833857 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 14836977 | #+ | Nationstar Mortgage LLC, C/O Christopher A. Denardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14838794 | | Email/Text: BKPT@cfna.com | May 31 2024 00:31:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14833853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14836552 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:28:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14833854 | | Email/Text: BKPT@cfna.com | May 31 2024 00:31:00 | Credit First, PO Box 81083, Cleveland, OH 44181-0083 |
| 14833855 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:31:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14837109 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14833856 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2024 00:44:38 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14844790 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:44:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14836822 | | Email/Text: nsm_bk_notices@mrcooper.com | May 31 2024 00:31:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14848399 | | Email/Text: nsm_bk_notices@mrcooper.com | May 31 2024 00:31:00 | Nationstar Mortgage LLC, c/o Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14848374 | ^ | MEBN | May 31 2024 00:16:20 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14833858 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 31 2024 00:31:00 | Nationstar/Mr. Cooper, 350 HIghland, Houston, TX 77009-6623 |

District/off: 0313-4 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 16

| 14841575 | Email/Text: bnc-quantum@quantum3group.com | | |
|---|---|---|---|
| | | May 31 2024 00:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14848396 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Gwen J. Cantwell claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Gwen J. Cantwell<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13577−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 30, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court