Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13577-PMM**

Gwen J. Cantwell  
272 Park Ridge Dr  
Easton  PA    18040

Petition Filed Date: 11/27/2023  
341 Hearing Date: 02/06/2024  
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $1,035.00 | | 02/05/2024 | $1,035.00 | | 03/05/2024 | $1,035.00 | |
| 04/03/2024 | $1,035.00 | | 05/06/2024 | $1,035.00 | | 06/04/2024 | $1,035.00 | |
| 07/08/2024 | $1,035.00 | | | | | | | |

Total Receipts for the Period:  **$7,245.00**  Amount Refunded to Debtor Since Filing:  **$0.00**  Total Receipts Since Filing: **$8,370.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $30,352.12 | $1,918.65 | $28,433.47 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $20,958.88 | $1,324.87 | $19,634.01 |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $507.99 | $22.80 | $485.19 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,687.78 | $106.69 | $1,581.09 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,523.45 | $96.30 | $1,427.15 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $184.80 | $0.00 | $184.80 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $57.07 | $0.00 | $57.07 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $351.11 | $351.11 | $0.00 |
| 9 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13577-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,370.00 | Current Monthly Payment: | $1,125.00 |
| Paid to Claims: | $7,508.42 | Arrearages: | ($945.00) |
| Paid to Trustee: | $837.00 | Total Plan Base: | $65,925.00 |
| Funds on Hand: | $24.58 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.