| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-13577-PMM**

Gwen J. Cantwell
272 Park Ridge Dr
Easton PA 18040

Petition Filed Date: 11/27/2023
341 Hearing Date: 02/06/2024
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $1,125.00 | | 09/04/2024 | $1,125.00 | | 10/04/2024 | $1,125.00 | |
| 11/04/2024 | $1,125.00 | | 12/05/2024 | $1,125.00 | | 01/06/2025 | $1,125.00 | |
| 02/03/2025 | $1,125.00 | | 03/06/2025 | $1,125.00 | | 04/07/2025 | $1,125.00 | |
| 05/05/2025 | $1,125.00 | | 06/03/2025 | $1,125.00 | | 07/07/2025 | $1,125.00 | |

**Total Receipts for the Period: $13,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,870.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $30,352.12 | $8,766.74 | $21,585.38 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $20,958.88 | $6,053.64 | $14,905.24 |
| 3 | CREDIT FIRST NA »» 003 | Unsecured Creditors | $507.99 | $136.96 | $371.03 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $1,687.78 | $487.47 | $1,200.31 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $1,523.45 | $440.03 | $1,083.42 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $184.80 | $49.80 | $135.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $57.07 | $15.42 | $41.65 |
| 8 | NATIONSTAR MORTGAGE LLC »» 008 | Mortgage Arrears | $351.11 | $351.11 | $0.00 |
| 9 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13577-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,870.00 | Current Monthly Payment: | $1,125.00 |
| Paid to Claims: | $19,989.17 | Arrearages: | $180.00 |
| Paid to Trustee: | $1,866.40 | Total Plan Base: | $65,925.00 |
| Funds on Hand: | $14.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.