Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Gwen J. Cantwell
272 Park Ridge Dr
Easton, PA 18040

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13577-PMM**

Petition Filed Date: 11/27/2023
341 Hearing Date: 02/06/2024
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $1,125.00 | | 09/04/2025 | $1,125.00 | | 10/06/2025 | $1,125.00 | |
| 11/03/2025 | $1,125.00 | | 12/08/2025 | $1,125.00 | | 01/06/2026 | $1,125.00 | |
| 02/03/2026 | $1,125.00 | | 03/06/2026 | $1,125.00 | | 04/03/2026 | $1,125.00 | |
| 05/04/2026 | $1,125.00 | | 06/03/2026 | $1,125.00 | | 07/06/2026 | $1,125.00 | |

**Total Receipts for the Period: $13,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $35,370.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $30,352.12 | $15,622.96 | $14,729.16 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $20,958.88 | $10,788.02 | $10,170.86 |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $507.99 | $251.90 | $256.09 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,687.78 | $868.74 | $819.04 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,523.45 | $784.15 | $739.30 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $184.80 | $84.67 | $100.13 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $57.07 | $15.42 | $41.65 |
| 8 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 008 | Mortgage Arrears | $351.11 | $351.11 | $0.00 |
| 9 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13577-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,370.00 | Current Monthly Payment: | $1,125.00 |
| Paid to Claims: | $32,454.97 | Arrearages: | ($945.00) |
| Paid to Trustee: | $2,881.10 | Total Plan Base: | $65,925.00 |
| Funds on Hand: | $33.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.